PROB 22
(Rev. 2/88)

# TRANSFER OF JURISDICTION

DOCKET NUMBER (Tran. Court)
0206/1:02-CR-339-02

DOCKET NUMBER (Rec. Court)
CR05-30027

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| Robert H. Morgan<br>147 Daniels Road<br>North Adams, MA 01247 | NORTHERN DISTRICT OF NEW YORK | U.S. Probation - Albany |
| | NAME OF SENTENCING JUDGE<br>Honorable Thomas J. McAvoy, Senior U.S. District Judge | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 8/11/03 | TO 8/10/06 |

OFFENSE

Use of a Communication Facility in Committing and in Causing and Facilitating the Commission of a Felony, 21 §§ U.S.C 843 (b) and 846

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE "NORTHERN DISTRICT OF NEW YORK"

   IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the DISTRICT OF MASSACHUSETTS upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

_4/21/05_
Date

_[signature]_
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

   IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_5·24·05_
Effective Date

_[signature]_
United States District Judge